**PAUL GATTONE**
LAW OFFICE OF PAUL GATTONE
301 S. Convent
Tucson, Arizona 85701
(520) 623-1922
State Bar #012482
gattonecivilrightslaw@gmail.com
**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lydia Aranda,<br><br>    Plaintiff,<br><br>Vs.<br><br>Chicanos Por La Causa.<br><br><br>    Defendants. | No. CIV 24-00079-TUC-AMM<br><br>**JOINT SETTLEMENT STATUS REPORT** |

To date the parties have not had any settlement discussions. The parties are still in early discovery and have not had an opportunity to determine the timing for meaningful settlement discussions.

Dated this January 30, 2025

                s/Paul Gattone
                Paul Gattone
                LAW OFFICE OF PAUL GATTONE
                Appearing for Plaintiff

                s/Amy J. Gittler
                Amy J. Gittler
                Jackson Lewis PC
                Appearing for Defendant Chicanos Por La Causa